██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT MALERBA, Appellant. [25 NYS3d 614]—Appeal by the de-

fendant from an order of the Supreme Court, Kings County (Harrington, J.), dated April 29, 2014, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant was presumptively a level three sex offender pursuant to an automatic override based upon the fact that he murdered the victim during the course of his sexual assault (*see People v Malerba*, 108 AD2d 759 [1985]; *People v Abreu*, 89 AD3d 711 [2011]). The Supreme Court properly determined that the defendant was not entitled to a downward departure from his presumptive risk level (*see People v Grubbs*, 107 AD3d 771 [2013]; *People v Bussie*, 83 AD3d 920, 921 [2011]). Mastro, J.P., Chambers, Miller and Hinds-Radix, JJ., concur.